**No. 49435.**—Protests 8782–K, etc., of Butler Bros. (New York).

Opinion by KEEFE, J. At the trial it was agreed that the articles are similar in all material respects, except as to size and shape, as those involved in *Butler* v. *United States* (6 Cust. Ct. 444, C. D. 512). A sample of the bonbon dishes in question was marked exhibit 2 and consists of a saucer-shaped hollow dish 6 inches in diameter, with holes pierced on opposite sides of the dish permitting the attachment of a flexible bamboo handle imported with the dish. Several witnesses for the Government testified as to the use of similar dishes without handles. Witnesses who had observed the use of similar dishes with handles attached testified that they are used after meals for serving mints, bonbons, and nuts. The court found the evidence convincing that the chief use of the bonbon dishes in question is for after-meal service at bridge tables, parties, etc. The collector was therefore directed to make refund accordingly.

**No. 49436.**—Protest 81897–K of Balfour Guthrie & Co., Ltd. (New York).

Opinion by KEEFE, J. At the trial the Government examiner testified in behalf of the plaintiff and was later recalled as a Government witness. An employee of the plaintiff company also testified in its behalf. After a careful consideration of the evidence the court was unable to find anything to establish the claims made. The classification of the collector being presumptively correct, the protest was overruled.

**No. 49437.**—Protest 100275–K of Strauss-Eckardt Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the papier-mâché articles are the same in all material respects as those the subject of *Strauss-Eckardt* v. *United States* (T. D. 48272). In accordance therewith the claim at 25 percent under paragraph 1403 was sustained.

**No. 49438.**—Protest 103636–K of First National Oil Corp. (New York).

Opinion by KEEFE, J. In accordance with agreement of counsel and the various papers admitted in evidence the court held that the gas oil covered by entry 728241 was properly taxable at ½ cent per gallon upon the basis of 2,762,964 gallons. The collector was therefore directed to reliquidate accordingly.